**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 14-6722**

—————————

TONY TURNAGE,

               Petitioner - Appellant,

      v.

UNITED STATES PAROLE COMMISSION,

               Respondent - Appellee.

—————————

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Ellen L. Hollander, District Judge. (1:11-cv-03373-ELH)

—————————

Submitted:  September 8, 2014    Decided:  September 26, 2014

—————————

Before WILKINSON, KING, and AGEE, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Tony Turnage, Appellant Pro Se.  Rod J. Rosenstein, United States Attorney, Jason Daniel Medinger, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony Efrem Turnage, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Turnage v. U.S. Parole Comm'n, No. 1:11-cv-03373-ELH (D. Md. Apr. 2, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED